JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SCHWAB-TROY,<br><br>　　　　PLAINTIFF<br><br>vs.<br><br>MEDICREDIT, INC; DOES 1-10 inclusive,<br><br>　　　　DEFENDANT(S) | CASE NO: CV 21-456 MWF (MRWx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

　　This matter is before the Court on the Parties' Stipulation for Dismissal of Action with Prejudice. That stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: October 13, 2021

　　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Fitzgerald

　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　United States District Judge